UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS, MINNESOTA

**NOTICE TO COUNSEL**

CIVIL ACTION NUMBER 01-2051 DSD/SRN

ADC Telecommunications, Inc. vs. Special Product Company

IN RE: Notice of Reassignment of Magistrate Judge

The above action is hereby reassigned from Magistrate Judge John M. Mason to Magistrate Judge Susan R. Nelson. Please note change of initals in case number.

RICHARD D. SLETTEN, CLERK

Cynthia Francis

BY: CYNTHIA FRANCIS, Deputy Clerk

DATED: November 15, 2001