UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ADC Telecommunications, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>Special Product Company, a Kansas corporation,<br><br>Defendant. | **Civil No. 01-2051 (DSD/SRN)**<br><br>**STIPULATION AND ORDER FOR INJUNCTION** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that the SPC Series 7000 Generation 2 repeater housing ("GEN 2") incorporates Thermal Transfer Technology as defined in § 1.19 of the ADC-SPC Collaboration Agreement ("the Agreement"); that the GEN 2 repeater housing incorporates Generated Rights as defined in § 1.11 of the Agreement; and that the Court shall immediately enter an injunction in the above-captioned matter against Defendant Special Product Company ("SPC"), ordering SPC to comply with the use restrictions contained in §§ 5.1 and 5.4 of the Agreement with respect to the GEN 2 repeater housing.

FILED 11-29-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 11/29/01

**FAEGRE & BENSON LLP**

Randall E. Kahnke, #202745
Kerry L. Bundy, #266917
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR PLAINTIFF ADC TELECOMMUNICATIONS, INC.**

Dated: ____________________

**HOVEY, WILLIAMS, TIMMONS & COLLINS**

______________________________
Scott R. Brown
Hovey, Williams, Timmons & Collins, 2405 Grand Boulevard, Suite 400 Kansas City, MO 64108-2519

**ATTORNEY FOR DEFENDANT SPECIAL PRODUCT COMPANY**

**ORDER**

Pursuant to the foregoing Stipulation,

IT IS HEREBY ORDERED that an injunction is entered against SPC, and that SPC shall comply with the use restrictions contained in §§ 5.1 and 5.4 of the ADC-SPC Collaboration Agreement with respect to the Series 7000 Generation 2 repeater housing.

Dated: 11/29/01

The Honorable David S. Doty
United States District Court Judge

M2:20425538.02

Dated: ____________________

**FAEGRE & BENSON LLP**

______________________________

Randall E. Kahnke, #202745
Kerry L. Bundy, #266917
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR PLAINTIFF ADC TELECOMMUNICATIONS, INC.**

Dated: 11/28/01

**HOVEY, WILLIAMS, TIMMONS & COLLINS**

______________________________

Scott R. Brown
Hovey, Williams, Timmons & Collins, 2405 Grand Boulevard, Suite 400 Kansas City, MO 64108-2519

**ATTORNEY FOR DEFENDANT SPECIAL PRODUCT COMPANY**

**ORDER**

Pursuant to the foregoing Stipulation,

IT IS HEREBY ORDERED that an injunction is entered against SPC, and that SPC shall comply with the use restrictions contained in §§ 5.1 and 5.4 of the ADC-SPC Collaboration Agreement with respect to the Series 7000 Generation 2 repeater housing.

Dated: ____________________

______________________________
The Honorable David S. Doty
United States District Court Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.


700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500