**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ADC Telecommunications, Inc., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>Special Product Company, a Kansas corporation,<br><br>Defendant. | **Civil No. 01-2051 (DSD/SRN)**<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff ADC Telecommunications, Inc. ("ADC") and Defendant Special Product Company ("SPC"), by and through their undersigned attorneys, hereby stipulate that the above-captioned matter shall be dismissed as follows:

1. ADC hereby dismisses its claims against SPC without prejudice; and
2. Each party will bear its own costs, expenses and attorneys' fees.

This dismissal is made pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

FILED 12-21-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 12/20/01

**FAEGRE & BENSON LLP**

Randall E. Kahnke, #202745
Kerry L. Bundy, #266917
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

**ATTORNEYS FOR PLAINTIFF ADC TELECOMMUNICATIONS, INC.**

Dated: 11/28/01

**HOVEY, WILLIAMS, TIMMONS & COLLINS**

Scott R. Brown
Hovey, Williams, Timmons & Collins, 2405 Grand Boulevard, Suite 400 Kansas City, MO 64108-2519

**ATTORNEY FOR DEFENDANT SPECIAL PRODUCT COMPANY**

M2:20425533.01

**ORDER**

Based on the foregoing stipulation, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ordered that:

1. ADC's claims against SPC are dismissed without prejudice; and

2. Each party shall bear its own costs, expenses and attorneys' fees.

Dated: December 20, 2001.

The Honorable David S. Doty
United States District Court Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500